CoC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 17 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

V.

Carlos Rice

Magistrate's Case No. **'08 MJ 1758**

| WARRANT ISSUED ON THE BASIS OF: | |
|---|---|
| __ Failure to Appear | __ Order of Court |
| __ Indictment | __ Information |
| X  Complaint | |

WARRANT FOR ARREST

| TO: ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED: Carlos Rice 551 S. 35th Street San Diego, Ca 92113 |
|---|---|
| DISTRICT OF ARREST: Southern District of California | CITY OF ARREST: |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE 6/6/08
ARRESTED BY _____
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED 2008 JUN -4 P 4:10 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL NO BAIL To be set in Court | OTHER CONDITIONS OF RELEASE | |

| ORDERED BY | LEO S. PAPAS U.S. MAGISTRATE JUDGE | | DATE ORDERED JUN 4 2008 |
|---|---|---|---|
| CLERK OF COURT/U.S. MAGISTRATE | BY | | DATE ISSUED |

RETURN
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS I 'A'                SAARI