```
                                              FILED

                                          08 JUN 18 PM 3:05

                                          '08 CR 2038    JAH

                                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| CARLOS RICE, ) | |
| Defendant. ) | |

The grand jury charges:

On or about June 1, 2008, within the Southern District of California, defendant CARLOS RICE did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960; in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: June 18, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:nlv:San Diego
6/16/08